WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
　Attorney for Plaintiff

FILED'10 DEC 29 10:30USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JUDY USELTON-NORD**,

　　　Plaintiff,

vs.

**COMMISSIONER of Social Security**,

　　　Defendant.

CV # 09-805-AA

ORDER

　　　Attorney fees in the amount of $7,499.99 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

　　　DATED this 28th day of Dec., 2010.

　　　　　　　　　　　　　　　／s／ Michael E. Hogan
　　　　　　　　　　　　　　　United States District Judge

Submitted on December 22, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
　Attorney for Plaintiff

ORDER - Page 1