IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUDY USELTON-NORD,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

        Defendant.

Case No. 6:09-cv-805-AA
ORDER

AIKEN, Chief Judge:

Plaintiff's motion for attorneys' fees in the amount of $8,549.95 are hereby awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b) (doc. 29). Pursuant to Local Rule 7-1, the parties have conferred regarding this § 406(b) fee matter, and defendant does not oppose this motion. The court finds this is a reasonable fee. Previously, this court awarded $7,499.99, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to plaintiff's attorney at her current address shown above the balance of

Page 1 - ORDER

$1,049.96, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

IT IS SO ORDERED.

Dated this 2 day of June 2014.

_____
Ann Aiken
United States District Judge

Page 2 - ORDER